UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL AUSTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-07-0095-AMJ<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on December 14, 2007 **(Ct. Rec. 26)**, recommending that Defendant's Motion for Summary Judgment **(Ct. Rec. 22)** be granted, and Plaintiff's Motion for Summary Judgment **(Ct. Rec. 18)** be denied. Having reviewed the report and recommendation and there being no objections thereto, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 26)** to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **Affirmed**.

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1     **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
2 Order and an Order of Judgment, forward copies to counsel, and close the file.
3
4    DATED this   3rd    day of January, 2008.
5
6                                                   s/ Fred Van Sickle
7                                           FRED VAN SICKLE
                                          UNITED STATES DISTRICT JUDGE